SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. LORD & TAYLOR CAROUSEL, INC., Appellant. (Proceeding No. 1.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. KAUFMANN's CAROUSEL, INC., Appellant. (Proceeding No. 2.) (Appeal No. 2.) [896 NYS2d 277]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

██ LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 1.) LORD & TAYLOR CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 2.) KAUFMANN's CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 3.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. LORD & TAYLOR CAROUSEL, INC., Appellant. (Proceeding No. 1.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. KAUFMANN's CAROUSEL, INC., Appellant. (Proceeding No. 2.) (Appeal No. 3.) [896 NYS2d 277]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

██ CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse,